UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANA ROWE,                          )
     Plaintiff,                     )
                                    )
          v.                        )
                                    )
NUTRACLICK INTERNATIONAL LCC        )   C.A. No. 15-13445-MLW
and PEAK LIFE, LCC,                 )
     Defendants.                    )
                                    )
                                    )
                                    )

ORDER

WOLF, D.J.                                       March 22, 2017

     For the reasons stated in court on March 21, 2017, it is hereby ORDERED that:

     1.   Defendant's Motion to Dismiss the Amended Complaint (Docket No. 21) is ALLOWED in part and DENIED in part. The claims alleging a breach of the settlement agreement approved in Manna et al. v. Hungry Fish Media LLC, et al., Case No. 13-cv-30166-KPN--Count IV, alleging breach of contract, and Count VI, alleging breach of the covenant of good faith and fair dealing--are DISMISSED. Counts V and VII, also alleging breach of the covenant of good faith and fair dealing, are DISMISSED. In addition, Counts XII and XIII, alleging unjust enrichment, are DISMISSED. The Motion is DENIED as to the remaining counts.

     2.   Plaintiff shall, by May 25, 2017, file any Motion to Amend the Complaint.

3. The parties shall, by May 25, 2017, confer and, jointly if possible but separately if necessary:

a. Report whether defendants oppose the Motion to Amend the Complaint and, if defendants oppose the motion, propose a schedule for briefing.

b. If the Motion to Amend is not opposed, propose a schedule for this case; a sample scheduling order is attached.

c. Report, in a separate document filed under seal, the status and prospects for settlement. The report shall identify any information that is necessary to facilitate properly informed settlement discussions, and state whether and, if so, when the parties wish to engage in mediation.

4. A scheduling conference shall, if necessary, be held on June 20, 2017, at 4:00 p.m.



UNITED STATES DISTRICT JUDGE