# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DANA ROWE, ET AL

         Plaintiff,

v.

NUTRACLICK INTERNATIONAL LLC;
and PEAK LIFE LLC,

         Defendants.

Case No. 15-cv-13445-MLW

## *Amended* [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL

On November [ ], 2018, the parties filed a joint stipulation for dismissal with prejudice as to Plaintiffs and without prejudice as to the putative class. Having carefully considered the joint stipulation, the Court is of the opinion that it should be GRANTED. The Court hereby dismisses, with prejudice, Plaintiffs' claims, and, without prejudice, the claims of the putative class, against Defendants Nutraclick International LLC and Peak Life LLC. Each party shall bear its own attorneys' fees and costs unless otherwise agreed by the parties

IT IS SO ORDERED

Dated: November 21, 2018

_____
Hon. Mark L. Wolf, United States
District Court Judge

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DANA ROWE, ET AL

                    Plaintiff,

          v.


NUTRACLICK INTERNATIONAL LLC;
and PEAK LIFE LLC,

                    Defendants.

Case No. 15-cv-13445-MLW

## STIPULATION FOR DISMISSAL

Plaintiffs Dana Rowe and Carole Forrest (collectively, "Plaintiffs") and Defendants Nutraclick International LLC and Peak Life LLC (collectively, "Defendants"), through their counsel of record, stipulate, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) and 41(c), that Plaintiffs' claims against Defendants shall be dismissed with prejudice and and the claims of the putative class shall be dismissed without prejudice. Each party shall bear its own attorneys' fees and costs unless otherwise agreed by the parties

Dated: November 17, 2018                    Respectfully submitted,

ALLOWED

WOLF, D.J.

Nov. 21, 2018

/s/Seth Safier/s/_____
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Todd Kennedy, Esq.
Marie McCrary, Esq. (BBO 686707)
Gutride Safier, LLP
100 Pine St., Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com